DocuSign Envelope ID: A8A34A1C-E6D2-4C85-884F-EC4B816284CA

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Dr. Anthony E. El-Khouri<br>1702 Cape Palos Dr<br>MELBOURNE, FL 32935 | From: Miami District Office<br>100 SE 2nd St, Suite 1500<br>Miami, FL 33131 |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2022-04575 | PABLO ARUCAS, Investigator | (786) 648-5862 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

   More than 180 days have passed since the filing of this charge.

   The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Evangeline Hawthorne
03/27/2023

Enclosures(s)

**Evangeline Hawthorne**
**Director**

cc:  Mark Levitt
     Ford & Harrison LLP
     300 S ORANGE AVE STE 1300
     Orlando, FL 32801
     Howard M Waldman
     Ford & Harrison LLP
     300 S ORANGE AVE STE 1300
     Orlando, FL 32801