# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.                                                             CASE NO. 6:23-cv-01162-RBD-RMN

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

## SECOND AMENDED NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the parties have agreed to schedule the in-person mediation conference in the above-captioned matter with Mediator Deborah Brown on Thursday, August 22, 2024, at 1:00 p.m., at the offices of Private Corporate Counsel, 201 E. Pine Street, Suite 445, Orlando, Florida 32801.[1]

January 19, 2024                                               Respectfully submitted,

                                                                  */s/ Mark E. Levitt*
                                                                  Mark E. Levitt
                                                                  Florida Bar No. 193190
                                                                  mlevitt@fordharrison.com
                                                                  Howard M. Waldman
                                                                  Florida Bar No. 1002881
                                                                  hwaldman@fordharrison.com
                                                                  **FORDHARRISON LLP**
                                                                  300 South Orange Avenue, Suite 1300
                                                                  Orlando, FL 32801

---

[1] Following the issuance of the Court's Endorsed Order on January 10, 2024 (Doc. 22), the parties have agreed to schedule the mediation conference in person.

1

407-418-2300  Telephone<br>
407-418-2327  Facsimile<br>
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2024 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF, which will send a notice of electronic filing to the following: Melissa C. Mihok, Esquire, Private Corporate Counsel, 201 East Pine Street, Suite 445, Orlando, FL  32801, at MMihok@pcc.law.

*/s/ Mark E. Levitt*<br>
Attorney