UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.                                       CASE NO. 6:23-cv-01162-RBD-RMN

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

**DEFENDANT'S NOTICE TO SUPPLEMENT ITS SHORT-FORM MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES**

Defendant, Eastern Florida State College, Board of Trustees ("Defendant"), pursuant to Middle District of Florida Local Rule 3.01(g), files this Notice to Supplement its Short-Form Motion to Compel Plaintiff's Discovery Responses, and states the following in support:

1. On June 13, 2024, Defendant filed its Short-Form Motion to Compel Plaintiff's Discovery Responses ("MTC"). *See* Doc. 24.

2. Pursuant to Local Rule 3.01(g), in the MTC Defendant stated "the undersigned, as movant, has attempted to confer with Plaintiff in a good faith effort to receive the responses to the Discovery Requests without the filing of this Motion, but Plaintiff's counsel has not responded to the undersigned's communications. In addition to the phone calls and emails throughout the past nearly four months, on June 13, the undersigned called Plaintiff's counsel and left a voicemail requesting to conduct

1

the meet and confer on this Motion and followed up this voicemail with an email." *See* Doc. 24 at 3.

3. On June 14, the Court issued an Endorsed Order taking under advisement the MTC and directing Plaintiff to file a response on or before June 21. *See* Doc. 25.

4. Additionally on June 14, the Court issued another Endorsed Order scheduling a hearing on the MTC for June 26 at 10:00am. *See* Doc. 26.

5. Since the filing of the MTC, the undersigned has diligently attempted to confer with Plaintiff's counsel on the issues presented in the MTC.

6. On June 17 at approximately 12:00pm, the undersigned conducted the mandatory meet and confer with Plaintiff's counsel over the phone.

7. During the call, Plaintiff's counsel stated that she would work on providing Plaintiff's responses to the Discovery Requests.

8. However, Plaintiff has not provided the responses to the Discovery Requests at the time of filing the instant Notice.

June 17, 2024                                  Respectfully submitted,

                                              */s/ Mark E. Levitt*
                                              Mark E. Levitt, Esq.
                                              Florida Bar No. 193190
                                              Howard M. Waldman, Esq.
                                              Florida Bar No. 1002881
                                              FordHarrison LLP
                                              300 South Orange Ave., Suite 1300
                                              Orlando, FL 32801
                                              (407) 418-2300
                                              mlevitt@fordharrison.com

hwaldman@fordharrison.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2024 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF, which will send a notice of electronic filing to the following: Melissa C. Mihok, Esq., Mihok Law, 409 Durham Shore Ct., Apollo Beach, FL 33572, mmihoklaw@gmail.com.

*/s/ Mark E. Levitt*
Attorney

WSACTIVELLP:113368518.1