UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.

EASTERN FLORIDA STATE
COLLEGE BOARD OF TRUSTEES,

    Defendant.

Case No. 6:23-cv-1162-RBD-RMN

## ORDER

This cause comes before the Court for consideration without oral argument on Defendant's Motion to Compel Plaintiff's Discovery Responses (Dkt. 24), filed June 13, 2024 ("Motion"). On June 14, 2024, the Court took the Motion under advisement and directed Plaintiff to respond on or before June 21, 2024. Dkt. 25. Plaintiff did not file a response and the time to do so has passed. *Id.* Defendant's Motion is therefore due to be granted as unopposed. *See* Local Rule 3.01(c) ("If a party fails to timely respond, the motion is subject to treatment as unopposed."); *see also* Dkt. 19 at 13 ("[T]he Court routinely grants motions as unopposed when no Response is filed.").

Accordingly, it is **ORDERED**:

1.     Defendant's Motion (Dkt. 24) is **GRANTED**;

- 2 -

2.	On or before July 12, 2024, Plaintiff must provide written responses to Defendant's First Request for Production, produce responsive documents, provide answers to Interrogatories 1–6 and 8, supplement his answers to Interrogatories 9 and 11, and return an executed verification page for the First Set of Interrogatories; and

3.	Defendant is granted its reasonable expenses incurred in bringing the Motion pursuant to Federal Rule of Civil Procedure 37(a)(5)(A). The parties are directed to meet and confer as to the amount of expenses incurred in filing the Motion. If the parties cannot reach an agreement, Defendant shall file a properly supported motion requesting its reasonable expenses for prosecuting the Motion before the close of discovery.

**DONE** and **ORDERED** in Orlando, Florida, on June 24, 2024.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record