UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.  Case No. 6:23-cv-1162-RBD-RMN

EASTERN FLORIDA STATE
COLLEGE BOARD OF TRUSTEES,

    Defendant.
_____

**ORDER TO SHOW CAUSE**

On January 29, 2025, Defendant filed its motion *in limine*. (Doc. 45.) Plaintiff's response was due on Wednesday, February 5, 2025. (*See* Doc. 19, p. 14 (response due within seven days).) Plaintiff has not responded. Failure to timely respond to a motion may result in the Court treating it as unopposed. *See* Local Rule 3.01(c).

Accordingly, it is **ORDERED AND ADJUDGED** that by **Monday, February 10, 2025**, Plaintiff is **ORDERED TO SHOW CAUSE** by written response why Defendant's motion should not be granted as unopposed. Plaintiff's response should include an explanation of why his response was not timely filed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 6, 2025.


ROY B. DALTON, JR.
United States District Judge