# PLAINTIFF'S EXHIBIT LIST

_x_ PLAINTIFF  ___ DEFENDANT  ___ JOINT  ___ GOVERNMENT  ___ COURT

CASE NO.:   6:23-CV-1162-RBD-RMN

STYLE:   ANTHONY EL-KHOURI v. EASTERN FLORIDA STATE COLLEGE, BOARD OF TRUSTEES

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | Plaintiff | | 2018 Faculty Evaluation |
| 2. | | | Plaintiff | | 2018-2021 Collective Bargaining Agreement |
| 3. | | | Plaintiff | | 2022-7-25 Position Statement |
| 4. | | | Plaintiff | | 2020-2022 Evaluation/ Review Forms |
| 5. | | | Plaintiff, Kennedy, Handfield | | 2018-4-19 Email chain regarding Kennedy |
| 6. | | | Plaintiff, Kennedy, Handfield | | 2021-8-9 Email regarding COVID biology student |
| 7. | | | Plaintiff, Kennedy, Handfield | | 2021-8-10 Email chain regarding COVID biology student |
| 8. | | | Plaintiff, Parker | | 2022-8-30 Email from Parker regarding reinstatement |
| 9. | | | Plaintiff, Kennedy, Handfield | | 2021-12-14 Email chain regarding transfer to Melbourne |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

1

2

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 10. | | | Plaintiff, Kennedy, Handfield | | 2018-5-13 Email chain regarding Timberlake |
| 11. | | | Plaintiff, Kennedy, Handfield | | 2021-11-9 Email from Smith to student and Kennedy |
| | | | | | |
| 12. | | | | | All exhibits listed by Defendant |
| 13. | | | | | All exhibits necessary for impeachment |
| 14. | | | | | All exhibits necessary for rebuttal |