IN THE DISTRICT CIRCUIT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,                          )
                                            )
    Plaintiff,                              )
                                            ) CASE NO.: 6:23-cv-01162-RBD-RMN
vs.                                         )
                                            )
EASTERN FLORIDA STATE                       )
COLLEGE, BOARD OF TRUSTEES,                 )
                                            )
    Defendant.                              )
_____)

## PLAINTIFF'S WITNESS LIST

The Plaintiff, ANTHONY EL-KHOURI, hereby submits the following Witness List, to be used at trial in the above-captioned action:

**I.**    **Likely Witnesses**

1. James Richey
2. Randall Fletcher
3. Sandra Handfield
4. Dedra Sibley
5. Scott Herber
6. Barbara Kennedy
7. Anthony El-Khouri
8. Alan Spindler
9. Laura Earle

*El-Khouri v. Eastern Florida State College, Bd. of Trustees*; Matter No. 24-107; Case No. 6:23-cv-1162-RBD-RMN
Plaintiff's Witness List

## II. **Possible Witnesses**

1. Ramona Smith
2. Shekefeh Sayed Ali Samani
3. Rajesh Melaram
4. Zhengrong Li
5. Mary Garrett
6. Phaedra Williams
7. Islam Shimy
8. Wayne Stein

## III. **Unlikely Witnesses**

1. Vashon Berry
2. John Imperato
3. Hilliary Andreason
4. Chynna Banner
5. Terisa Brown
6. Jennifer Webb
7. Jenny Huerta
8. Hunter Kime
9. Meagen Lehrfeld
10. Emily Collins
11. Joshua Humphries
12. William Fried

*El-Khouri v. Eastern Florida State College, Bd. of Trustees*; Matter No. 24-107; Case No. 6:23-cv-1162-RBD-RMN
Plaintiff's Witness List

13. Mark Marowitch

14. Christopher Petrie

15. William Stewart

16. Christina Timberlake

17. Danielle Farrar

18. Natasha Richardson

19. David Smillie

20. Aisha Mirza

21. Alyssa Bryant

22. Daniel Spencer

23. Any rebuttal witnesses

24. Any impeachment witnesses