IN THE DISTRICT CIRCUIT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,            )
                              )
    Plaintiff,                )
                              ) CASE NO.: 6:23-cv-01162-RBD-RMN
vs.                           )
                              )
EASTERN FLORIDA STATE         )
COLLEGE, BOARD OF TRUSTEES,   )
                              )
    Defendant.                )
_____)

## NOTICE OF FILING

NOTICE IS GIVEN that the Plaintiff, ANTHONY EL-KHOURI, hereby submits the following documents for filing and for use at trial in the above-captioned matter, currently scheduled to take place during the trial docket beginning on March 3, 2025:

1. Plaintiff's Proposed Jury Instructions (Ex. 1)
2. Plaintiff's Proposed Verdict Form (Ex. 2)
3. Plaintiff's Proposed Voir Dire (Ex. 3)

*El-Khouri v. Eastern Florida State College, Bd. of Trustees*; Matter No. 24-107; Case No. 6:23-cv-1162
Notice of Filing

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2025 I filed the instant document through the CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Melissa C. Mihok, Esq.
Florida Bar No. 555851

MIHOK LAW
409 Durham Shore Ct.
Apollo Beach, FL 33572
(813) 549-4550
mmihoklaw@gmail.com

Attorney for Plaintiff