# PLAINTIFF'S EXHIBIT LIST

  X   PLAINTIFF  ___ DEFENDANT  ___ JOINT  ___ GOVERNMENT  ___ COURT

CASE NO.:    6:23-CV-1162-RBD-RMN

STYLE:    ANTHONY EL-KHOURI v. EASTERN FLORIDA STATE COLLEGE, BOARD OF TRUSTEES

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | Plaintiff | Rules 106, 402, 403, 802, 901 | 2018 Faculty Evaluation |
| 2. | | | Plaintiff, Kennedy, Handfield | Rule 106, 901 | 2021-11-9 Email from Smith to student and Kennedy |
| 3. | | | Plaintiff | Rules 402, 403, 802 | 2022-7-25 Position Statement |
| 4. | | | Plaintiff | Rules 402, 403, 802 | 2020-2022 Evaluation/ Review Forms |
| 5. | | | Plaintiff, Kennedy, Handfield | Rule 403 (duplicate of portion of Joint Exhibit 8) | 2018-4-19 Email chain regarding Kennedy |
| 6. | | | Plaintiff, Kennedy, Handfield | Rules 106, 802, 901 | 2021-8-9 Email regarding COVID biology student |
| 7. | | | Plaintiff, Kennedy, Handfield | Rules 106, 402, 403 | 2021-8-10 Email chain regarding COVID biology student |
| 8. | | | Plaintiff, Kennedy, Handfield | Rules 106, 402, 403 | 2021-12-14 Email chain regarding transfer to Melbourne |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

**Exhibit 1**

2

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 9. | | | Plaintiff, Kennedy, Handfield | Rules 402, 403, 802, 901 | 2018-5-13 Email chain regarding Timberlake |
| 10. | | | | | All exhibits listed by Defendant |
| 11. | | | | | All exhibits necessary for impeachment |
| 12. | | | | | All exhibits necessary for rebuttal |

WSACTIVELLP:113977476.1

**Exhibit 1**