# DEFENDANT'S EXHIBIT LIST



\_\_\_  PLAINTIFF  **X**  DEFENDANT  \_\_\_  JOINT \_\_\_ GOVERNMENT \_\_\_  COURT

**CASE NO.:**  **6:23-CV-1162-RBD-RMN**

**STYLE:**  **ANTHONY EL-KHOURI v. EASTERN FLORIDA STATE COLLEGE, BOARD OF TRUSTEES**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | Sandra Handfield/Laura Sidoran | Rules 402, 403 | 5/1/18 email re: faculty complaint [0085] |
| 2. | | | Jack Parker/Darla Ferguson | Rules 402, 403 | Step 1 Grievance Form [0399-0400] |
| 3. | | | Jack Parker/Darla Ferguson | Rules 402, 403 | Response to Step 1 Grievance [0401-0403] |
| 4. | | | Jack Parker/Darla Ferguson | Rules 402, 403 | Step 2 Grievance Form [0383-0384] |
| 5. | | | Jack Parker/Darla Ferguson | Rules 402, 403 | Response to Step 2 Grievance [0385-0386] |
| 6. | | | Jack Parker | Rules 402, 403 | Response to Step 3 Grievance [0393-0394] |
| 7. | | | Sandra Handfield/Darla Ferguson | Rule 402 | 4/29/24 letter re: continuing contract [0505] |
| 8. | | | Plaintiff/Brevard County School Board Records Custodian | Rules 402, 403 | Brevard County School Board Appointment Form |
| 9. | | | Plaintiff/Brevard County School Board Records Custodian | Rules 402, 403 | Brevard County School Board Resignation Form |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection.  Otherwise, specifically state each objection to each opposed exhibit.  Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

**Exhibit 2**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 10. | | | Plaintiff/Brevard County School Board Records Custodian | Rules 402, 403 | Brevard County School Board Employee Earnings |
| | **Potential Impeachment and Rebuttal Exhibits** | | | | |
| 11. | | | Darla Ferguson | | 5-2-91 letter re: Mark Marovich continuing contract |
| 12. | | | Darla Ferguson | | 2-25-14 email re: Mark Marovich retirement |
| 13. | | | Darla Ferguson | | 3-21-06 letter re: Christopher Petrie continuing contract |
| 14. | | | Darla Ferguson | | 12-13-21 form re: Christopher Petrie retirement |
| 15. | | | Darla Ferguson | | 3-28-03 letter re: Alan Spindler continuing contract |
| 16. | | | Darla Ferguson | | 10-4-21 Written Determination re: Scott Herber |
| 17. | | | Darla Ferguson/Randall Fletcher | | 11-15-21 Written Decision re: Scott Herber |
| 18. | | | Scott Herber/Sandra Handfield | | April 2018 email chain re: Plaintiff's adjunct position [0083] |
| 19. | | | Scott Herber/Darla Ferguson | | Scott Herber's May 31, 2021 application and corresponding emails |
| 20. | | | Dedra Sibley/Sandra Handfield | | 5-18-22 email re: Plaintiff's grievance meeting [0392] |
| 21. | | | Darla Ferguson/Sandra Handfield | | 11-12-20 DOAH Recommended Order in Mary Garrett v. Eastern Florida State College [Doc. 45-2] |
| 22. | | | Phaedra Williams/Darla Ferguson | | 11-7-22 email and resignation letter re: Phaedra Williams [0381-0382] |

2

**Exhibit 2**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 23. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 1-27-21 Probable Cause Affidavit re: Islam Shimy |
| 24. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 11-28-21 North Myrtle Beach Police Case Report re: Islam Shimy |
| 25. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 12-9-21 Brevard County Sheriff's Office Case Report re: Islam Shimy |
| 26. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 12-16-21 Brevard County Sheriff's Office Incident Report re: Islam Shimy |
| 27. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 12-16-21 Eastern Florida State College Security Report re: Islam Shimy |
| 28. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 1-21-22 Cocoa Beach Police Department Offense-Incident Report re: Islam Shimy |
| 29. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 2-22-22 Eastern Florida State College Security Report re: Injunction issued against Islam Shimy |
| 30. | | | Islam Shimy/Darla Ferguson/Randall Fletcher | | 2-21-22 Statement from Islam Shimy's Ex-Wife to Eastern Florida State College Security |
| 31. | | | Brevard Health Alliance Records Custodian/Plaintiff | | Brevard Health Alliance Certification of Records |
| 32. | | | Brevard Health Alliance Records Custodian/Plaintiff | | Brevard Health Alliance 9-30-19 Office Visit Note for Plaintiff |
| 33. | | | Brevard Health Alliance Records Custodian/Plaintiff | | Brevard Health Alliance 12-31-19 Office Visit Note for Plaintiff |
| 34. | | | Brevard Health Alliance Records Custodian/Plaintiff | | Brevard Health Alliance 6-15-21 Office Visit Note for Plaintiff |
| 35. | | | Brevard Health Alliance Records Custodian/Plaintiff | | Brevard Health Alliance 5-26-22 Office Visit Note for Plaintiff |

**Exhibit 2**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 36. | | | Brevard Health Alliance Records Custodian/Plaintiff | | Brevard Health Alliance 6-24-22 Office Visit Note for Plaintiff |
| 37. | | | Brevard Health Alliance Records Custodian/Plaintiff | | Brevard Health Alliance 7-2-22 Office Visit Note for Plaintiff |
| 38. | | | N/A | | Any further impeachment exhibits |
| 39. | | | N/A | | Any further rebuttal exhibits |

4

**Exhibit 2**