# JOINT EXHIBIT LIST

___ PLAINTIFF ___ DEFENDANT  X   JOINT ___ GOVERNMENT ___ COURT

CASE NO.: 6:23-CV-1162-RBD-RMN

STYLE: ANTHONY EL-KHOURI v. EASTERN FLORIDA STATE COLLEGE, BOARD OF TRUSTEES

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | Barbara Kennedy | A | Email chain beginning 2/3/18 re: student complaint [0071-0073] |
| 2. | | | Barbara Kennedy | A | Conference Record from 3/12/18 re: student complaint [0074] |
| 3. | | | Barbara Kennedy | A | Conference Record from 3/12/18 re: student complaint [0075] |
| 4. | | | Barbara Kennedy | A | Conference Record from 3/14/18 re: student complaint [0432] |
| 5. | | | Barbara Kennedy | A | Case Report IR 180313-1 from 3/15/18 [0409] |
| 6. | | | Barbara Kennedy | A | Conference Record from 4/11/18 re: student complaint [0076] |
| 7. | | | Barbara Kennedy | A | Conference Record from 4/19/18 re: student complaint [0077-0078] |
| 8. | | | Barbara Kennedy | A | Email chain beginning 4/18/18 re: student complaints [0079-0082] |
| 9. | | | Sandra Handfield | A | Email chain beginning 5/30/18 re: written complaints [0444] |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

1

**Exhibit 3**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 10. | | | Barbara Kennedy | A | Email chain beginning 11/8/21 re: student complaint [0093-0096] |
| 11. | | | Sandra Handfield/Randall Fletcher | A | 2019-2020 Annual Contract [0735-0736] |
| 12. | | | Randall Fletcher | A | 5/1/20 letter re: annual contract renewal [0568] |
| 13. | | | Sandra Handfield/Randall Fletcher | A | 2020-2021 Annual Contract [0733-0734] |
| 14. | | | Randall Fletcher | A | 4/14/21 letter re: annual contract renewal [0567] |
| 15. | | | Sandra Handfield/Randall Fletcher | A | 2021-2022 Annual Contract [0086-0087] |
| 16. | | | Randall Fletcher | A | 4/27/22 letter re: annual contract initial non-renewal [0092] |
| 17. | | | Jack Parker | A | Email chain beginning 8/24/22 re: reinstatement [0363-0364] |
| 18. | | | Randall Fletcher | A | 4/11/23 letter re: annual contract renewal [0506] |
| 19. | | | Sandra Handfield/Darla Ferguson | A | Collective Bargaining Agreement from 2021-2024 |
| 20. | | | Randall Fletcher/Sandra Handfield | A | 6/17/21 email re: College reorganization [1198-1200] |
| 21. | | | Plaintiff | A | 2019 Resume [0528-0530] |
| 22. | | | Plaintiff | A | 2021 Resume [0722-0724] |
| 23. | | | Plaintiff, Parker | A | 2022-8-30 Email from Parker regarding reinstatement |

**Exhibit 3**