UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.                                  CASE NO. 6:23-cv-01162-RBD-RMN

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

**PLAINTIFF'S WITNESS LIST**

**I.**    **Likely Witnesses**

| Number | Name | Defendant's Objection |
|---|---|---|
| 1 | James Richey | Rules 402, 403 |
| 2 | Randall Fletcher | |
| 3 | Sandra Handfield | |
| 4 | Dedra Sibley | |
| 5 | Scott Herber | |
| 6 | Barbara Kennedy | |
| 7 | Anthony El-Khouri | |
| 8 | Alan Spindler | Rules 402, 403; Failure to Disclose |
| 9 | Laura Earle | |

1

**Exhibit 4**

II.     **Possible Witnesses**

| Number | Name | Defendant's Objection |
|---|---|---|
| 1 | Ramona Smith | |
| 2 | Shekefeh Sayed Ali Samani | Rules 402, 403; Failure to Disclose |
| 3 | Rajesh Melaram | Rules 402, 403; Failure to Disclose |
| 4 | Zhengrong Li | Rules 402, 403 |
| 5 | Mary Garrett | Rules 402, 403; Failure to Disclose |
| 6 | Phaedra Williams | Rules 402, 403 |
| 7 | Islam Shimy | |
| 8 | Wayne Stein | Failure to Disclose |

III.    **Unlikely Witnesses**

| Number | Name | Defendant's Objection |
|---|---|---|
| 1 | Vashon Berry | |
| 2 | John Imperato | |
| 3 | Hilliary Andreason | Rules 402, 403 |
| 4 | Chynna Banner | Rules 402, 403 |
| 5 | Terisa Brown | Rules 402, 403 |
| 6 | Jennifer Webb | Rules 402, 403 |
| 7 | Jenny Huerta | Rules 402, 403 |
| 8 | Hunter Kime | Rules 402, 403 |

**Exhibit 4**

| Number | Name | Defendant's Objection |
|---|---|---|
| 9 | Meagen Lehrfeld | Rules 402, 403 |
| 10 | Emily Collins | Rules 402, 403 |
| 11 | Joshua Humphries | Rules 402, 403; Failure to Disclose |
| 12 | William Fried | Rules 402, 403; Failure to Disclose |
| 13 | Mark Marovich | Rules 402, 403; Failure to Disclose |
| 14 | Christopher Petrie | Rules 402, 403; Failure to Disclose |
| 15 | William Stewart | Rules 402, 403 |
| 16 | Christina Timberlake | Rules 402, 403; Failure to Disclose |
| 17 | Danielle Farrar | Rules 402, 403; Failure to Disclose |
| 18 | Natasha Richardson | Rules 402, 403; Failure to Disclose |
| 19 | David Smillie | Rules 402, 403; Failure to Disclose |
| 20 | Aisha Mirza | Rules 402, 403; Failure to Disclose |
| 21 | Alyssa Bryant | Rules 402, 403; Failure to Disclose |
| 22 | Daniel Spencer | Rules 402, 403; Failure to Disclose |
| 23 | Deana Looney | Rules 402, 403; Failure to Disclose |
| 24 | Any rebuttal witnesses | |
| 25 | Any impeachment witnesses | |

**Exhibit 4**