UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO. 6:23-cv-01162-RBD-RMN

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

**DEFENDANT'S WITNESS LIST**

I.    **Likely Witnesses**

    1. Darla Ferguson

    2. Randall Fletcher

    3. Sandra Handfield

    4. Barbara Kennedy

    5. Linda (Miedema) Blakley

    6. Jack Parker

II.    **Possible Witnesses**

    1. Laura Sidoran

    2. Records custodian for the Brevard County School Board

    3. Records custodian for Brevard Health Alliance

    4. Any rebuttal witnesses

**Exhibit 5**

   5. Any impeachment witnesses

**III.** **<u>Unlikely Witnesses</u>**

   1. Vashon Berry

   2. John Imperato

**Exhibit 5**