UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.                                CASE NO. 6:23-cv-01162-RBD-RMN

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

## JOINTLY PROPOSED VOIR DIRE

The Parties have agreed to the following jointly proposed voir dire:

1. Have you read in the newspapers, read on the internet, seen on television, or heard on the radio anything about this case, or do you have any knowledge of the facts or events of this case?

2. Does anyone have any negative feelings toward Eastern Florida State College or any of its employees, or Anthony El-Khouri?

3. Does anyone have any negative feelings toward the state colleges in Florida, previously known as community colleges?

4. Has anyone had any bad experience with Eastern Florida State College or any of its employees, or Anthony El-Khouri?

5. Has anyone had any bad experience with a state college in Florida, previously known as a community college?

6. Has anyone had any experience with Eastern Florida State College or its employees, or Anthony El-Khouri, whether good or bad, that would prevent you from being impartial?

7. In this case, Anthony El-Khouri is claiming that he was discriminated against because of his national origin. Does anyone here think that they have been

1

Exhibit 6

discriminated against in any way because of their national origin? What happened? Would it prevent you from being impartial?

8. Does anyone feel that they have been discriminated or retaliated against at work for any reason?

9. Have you ever made a complaint of discrimination or retaliation or some other complaint or grievance in the workplace to your employer? How was it resolved?

10. Does anyone feel that they were discriminated against outside of work for any reason?

11. Have you ever been involuntarily separated from a job? What happened? Did you feel you were separated unlawfully?

12. Have you ever been disciplined at work? What happened? Did you feel you were disciplined unlawfully?

13. Have you ever supervised employees as a part of your job? Have you ever had to discipline an employee?

14. Has any employee filed any type of complaint or grievance against you at work? How was it resolved?

15. Is anyone here a lawyer? Does anyone work in a law office? Does anyone here have a close family member who is a lawyer or works in a law office? Can you put aside whatever knowledge you have about the law and apply the law as the judge gives it to you at the end of the case?

16. Is anyone here a teacher or instructor in the education context, or a former teacher or instructor in the education context? Does anyone here have a close family member who is a teacher or instructor in the education context, or a former teacher or instructor in the education context? Would your experience affect your ability to be fair and impartial?

17. Have any of you or a close family member sued or been sued by someone? What was the nature of the lawsuit? Would your experience affect your ability to be fair and impartial?

18. Have any of you or a close family member ever brought a claim against any current or prior employer by going to a governmental agency to file a charge of discrimination or retaliation? If so, describe the nature of the allegations and what happened. Would your experience affect your ability to be fair and impartial?

**Exhibit 6**

19. Have any of you ever served on a jury before? What was the nature of the case? What was the verdict? Did you serve as jury foreperson?

20. Do any of you feel you would be influenced by the relative size or wealth (or the lack of size or wealth) of either Party?

21. Do you believe that employers generally only care about their business, even if it comes at the expense of their employees?

22. In employment discrimination cases, the employee has the burden of proving discrimination; the employer is not required to prove that it did not discriminate. Do you believe you can fairly apply the burden of proof in this case?

23. Does anyone have bumper stickers on their car? If so, what do they say?

24. What do you read or watch to consume the news? If you had to select only one source from which to receive your news for the rest of your life, what source would that be?

25. What newspapers, magazines, or Internet web sites do you regularly read?

26. If you are instructed by the Judge to disregard something you heard at trial, is there any reason that you would not be able to do so?

27. Can anyone think of any reason that you have not already told us why you cannot be a juror in this case and decide this case fairly and impartially based only on the evidence presented in the court and the law as it is given by the judge?

Plaintiff proposes the following additional voir dire, to which Defendant objects:

1. Do you have any negative feelings towards Arabs?

2. Do you know anyone who was injured or killed in a terrorist attack?

3. Do you think all Arabs are terrorists?

4. Do you have any negative feelings towards people from Lebanon?

**Exhibit 6**

      5.    Has anyone ever made a complaint of discrimination or retaliation in the workplace to your employer about you.

      Defendant proposes the following additional voir dire, to which Plaintiff objects:

      1.    Are you or any close family members or friends a member of a labor union? If so, have you or they held any union leadership positions?

      2.    Have any of you or a close family member ever been a witness on behalf of an employer or an employee in a claim involving discrimination or retaliation.

      3.    Eastern Florida State College and the Plaintiff stand equal before you today, even though Plaintiff is the one who brought the lawsuit. Does anyone think that the College must have done something wrong or it would not be here today?

      4.    Do you believe you may have a tendency to award Plaintiff money damages because you believe that Eastern Florida State College can afford to pay him?

      5.    Do any of you think a plaintiff is more believable than an employer simply by making accusations?

**Exhibit 6**