**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY EL-KHOURI,

    Plaintiff,

v.                                                            CASE NO. 6:23-cv-01162-RBD-RMN

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

**JOINTLY PROPOSED VERDICT FORM**

Do you find from a preponderance of the evidence:

1.  That the College's decision to not renew Anthony El-Khouri's annual contract in April 2022 for the 2022-2023 academic year amounts to an adverse employment action?

                        Answer Yes or No           _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2.  That Anthony El-Khouri's national origin was a motivating factor that prompted the College to not renew his annual contract in April 2022 for the 2022-2023 academic year?

                        Answer Yes or No           _____

1

**Exhibit 8**

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.   That the College would have not renewed Anthony El-Khouri's annual contract in April 2022 for the 2022-2023 academic year even if the College had not taken his national origin into account?

Answer Yes or No   _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

4.   That Anthony El-Khouri suffered damages because of the College's decision to not renew his annual contract in April 2022 for the 2022-2023 academic year.

Answer Yes or No   _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5.   That Anthony El-Khouri should be awarded damages to compensate for a net loss of wages and benefits from the date that the College decided to not renew his annual contract for the 2022-2023 academic year through the date that the College reinstated him? If yes, any amount that you

**Exhibit 8**

award shall be reduced by $9,349.71, which is the stipulated interim earnings received by Anthony El-Khouri.

      Answer Yes or No   _____

     If your answer is "Yes,"
     in what amount?   $_____

     If your answer is "Yes,"
     the amount above
     reduced by $9,349.71. $_____

If your answer is "No," go to Question No. 7. If your answer is "Yes," go to the next question.

  6. That Anthony El-Khouri failed to mitigate his damages?

      Answer Yes or No   _____

     If your answer is "Yes,"
     in what amount?   $_____

No matter what your answer is, go to the next question.

  7. That Anthony El-Khouri should be awarded damages to compensate for emotional pain and mental anguish?

      Answer Yes or No   _____

     If your answer is "Yes,"
     in what amount?   $_____

This ends your deliberations on this case, and your foreperson should sign and date the last page of this verdict form.

  SO SAY WE ALL.

            _____
            Foreperson's Signature

DATE: _____

**Exhibit 8**