UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

v.

EASTERN FLORIDA STATE COLLEGE BOARD OF TRUSTEES,

    Defendant,

Case No.: 6:23-cv-1162-RBD-RMN

## ORDER REGARDING SETTLEMENT CONFERENCE

This case has been referred to the undersigned for a settlement conference. (Doc. 59). All parties and their counsel shall appear before the undersigned in person on **March 7, 2025,** at **9:30 A.M.** the details of which will be set by separate notice.

The undersigned has observed that settlement conferences are often unproductive unless the parties have made a serious effort to settle the case on their own by exchanging demands and offers before the conference. Accordingly, before arriving at the settlement conference the parties are to negotiate and make a **good faith effort** to settle the case without the involvement of the Court as follows:

1. **On or before February 26, 2025,** Plaintiff shall make a written offer to Defendant that contains a detailed explanation of the basis for any monetary amount or other type of relief demanded; and

2. **On or before February 28, 2025,** Defendant shall make a written counteroffer to Plaintiff with an explanation of how it arrived at any monetary

amount or other type of relief offered.

In the event the foregoing exchange does not resolve this matter, it is further **ORDERED** that:

**On or before March 4, 2025,** each party shall provide the undersigned with a concise, confidential and non-argumentative statement of the evidence the party expects to produce at trial and a full outline of the settlement negotiations to date, including a copy of Plaintiff's written offer and Defendant's counteroffer outlined above. Each party shall e-mail their respective reports to Chambers_Flmd_Baker@flmd.uscourts.gov.

**The foregoing deadlines will not be extended absent a showing of extraordinary good cause**.

The representatives attending the settlement conference shall have authority to resolve the case. Thus, **an individual with full authority to execute any written settlement agreement ultimately reached shall be present at the conference**. **A party that does not appear with an individual with full settlement authority may be subject to the imposition of sanctions**. Likewise, a party that fails to negotiate in good faith during the settlement conference may be subject to the imposition of sanctions.

Should a compromise be reached, the parties will be expected to reduce their agreement to writing at the settlement conference.

- 3 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 25, 2025.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record