# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**EL-KHOURI,**

      **Plaintiffs,**

**v.**         Case No. 6:23-cv-1162-RBD-RMN

**EASTERN FLORIDA STATE COLLEGE**
**BOARD OF TRUSTEES,**

      **Defendant.**

| United States Magistrate Judge: | David A. Baker | Courtroom: | 6D |
|---|---|---|---|
| Deputy Clerk: | J. Reyes | Counsel for Plaintiff: | Melissa Christine Mihok<br>Kevin Charles Kostelnik<br>Tiffany Rousseau Cruz |
| Audio Recording: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | Counsel for Defendant: | Mark E. Levitt<br>Howard Michael Waldman<br>Deborah C. Brown |
| Date/Time: | March 7, 2025<br>9:32 A.M.- 11:10 A.M. | | |
| Total Time: | **1 hour and 38 minutes** | | |

## CLERK'S MINUTES
### Settlement Conference

Court addresses parties and begins settlement conference.
The parties attended with appropriate representatives and reached a IMPASSE @ 11:10 am.