IN THE DISTRICT CIRCUIT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANTHONY EL-KHOURI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 6:23-cv-01162-RBD-RMN |
| vs. | ) |
| | ) |
| EASTERN FLORIDA STATE | ) |
| COLLEGE, BOARD OF TRUSTEES, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF FILING

The Plaintiff, ANTHONY EL-KHOURI, hereby submits the attached Affidavit of Service regarding a trial subpoena to Ramona Smith.

I HEREBY CERTIFY that on March 10, 2025 I filed the instant document through the CM/ECF system, which will send electronic notice to all counsel of record.

MIHOK LAW
1401 East 22nd Avenue
Tampa, Florida 33605
(813) 549-4550
melissa@mihoklaw.us

Attorney for Plaintiff

/s/ Melissa C. Mihok, Esq.
Florida Bar No. 555851