UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANTHONY EL-KHOURI**

v.   Case No: 6:23-cv-1162-RBD-RMN

**EASTERN FLORIDA STATE
COLLEGE BOARD OF TRUSTEES**

Plaintiff's Attorney: Melissa C. Mihok
Defense Attorney: Mark E. Levitt, Howard M. Waldman

| JUDGE: | **ROY B. DALTON, JR.**<br>United States<br>District Judge | DATE AND TIME: | **March 18, 2025**<br>9:01 A.M. – 10:40 A.M.<br>10:56 A.M. – 12:23 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Estrella Melians | REPORTER: | Amie First<br>amiefirst.courtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | N/A |
| TOTAL TIME | 4 Hours 6 Minutes | | |

**CLERK'S MINUTES**
**Jury Trial (Day Two)**

9:01 a.m.   Case resumes from Monday, March 17, 2025. Jury panel enters the courtroom.

9:03 a.m.   Continuance of plaintiff's witness, Mr. Anthony El-Khouri, re-direct examination conducted by Ms. Mihok.

9:12 a.m.   Plaintiff's witness, Ms. Sandra Handfield, sworn and testified. Direct examination of Ms. Handfield, conducted by Ms. Mihok.

9:57 a.m.   Cross-examination of Ms. Sandra Handfield, conducted by Mr. Levitt.

10:09 a.m.   Re-direct examination of Ms. Sandra Handfield, conducted by Ms. Mihok.

| | |
|---|---|
| 10:12 a.m. | Plaintiff's witness, Ms. Barbara Kennedy, sworn and testified. Direct examination of Ms. Kennedy, conducted by Ms. Mihok. |
| 10:20 a.m. | Cross-examination of Ms. Barbara Kennedy, conducted by Mr. Levitt. |
| 10:37 a.m. | Re-direct examination of Ms. Barbara Kennedy, conducted by Ms. Mihok. |
| 10:39 a.m. | Jury panel exits the courtroom. Court addresses the parties. |
| 10:40 a.m. | Court is in brief recess. |
| 10:56 a.m. | Court resumes. Jury panel enters the courtroom. |
| 10:58 a.m. | Plaintiff's witness, Mr. Scott Herber, sworn and testified. Direct examination of Mr. Herber, conducted by Ms. Mihok. |
| 11:14 a.m. | Cross-examination of Mr. Scott Herber, conducted by Mr. Levitt. |
| 11:42 a.m. | Re-direct examination of Mr. Scott Herber, conducted by Ms. Mihok. |
| 11:49 a.m. | Plaintiff rest. |
| 11:50 a.m. | Jury panel exits the courtroom. Court addresses the parties. |
| 11:52 a.m | Plaintiff moves to call Dr. Sibley to testify out of order. The Court DENIES the motion. |
| 11:53 a.m. | The defense moves for Judgment as a Matter of Law under Rule 50 as to all counts stated on the record. The Court GRANTS the motion as stated on the record. Order to follow. |
| 12:23 a.m. | Court is adjourned. |