IN THE DISTRICT CIRCUIT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,            )
                              )
    Plaintiff,               )
                              ) CASE NO.: 6:23-cv-01162-RBD-RMN
vs.                           )
                              )
EASTERN FLORIDA STATE         )
COLLEGE, BOARD OF             )
TRUSTEES,                     )
                              )
    Defendant.               )
_____ )

## NOTICE OF FILING

NOTICE IS GIVEN that the Plaintiff hereby files the following documents:

- Affidavit of Service Dedra Sibley
- Affidavit of Service Ramona Smith
- Affidavit of Service Alan Spindler

*El-Khouri v. Eastern Florida State College, Bd. Of Trustees*; Case No. 6:23-cv-01162-RBD-RMN
Notice of Filing

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I filed the instant document on this the 19th day of March, 2025, through the CM/ECF system, which will notify via email upon all counsel of record.

>MIHOK LAW
>1401 East 22nd Street
>Tampa, Florida 33605
>(813) 549-4550
>melissa@mihoklaw.us
>mmihoklaw@gmail.com
>
>Attorney for Plaintiff
>
>*/s/ Melissa Mihok*
>_____
>Melissa C. Mihok, Esq.
>Florida Bar No. 555851