UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY EL-KHOURI,

    Plaintiff,

vs.

EASTERN FLORIDA STATE COLLEGE BOARD OF TRUSTEES,

    Defendant.

Case No. 6:23-cv-1162-RBD-RMN

## ORDER

This matter is before the Court on Defendant's Motion on Entitlement to Costs (Dkt. 88), filed April 7, 2025 ("Motion"). Upon consideration, the Motion is due to be denied without prejudice.

In the Motion, Defendant moves under Local Rule 7.01 for an award of taxable costs pursuant to 28 U.S.C. § 1920. Dkt. 88. But that rule applies only to *non-taxable* costs. *See* Local Rule 7.01(a) (detailing procedure for claiming post-judgment attorney's fees and related non-taxable expenses). The proper procedure to seek taxable costs is to file a proposed bill of costs on the docket with supporting materials, along with an affidavit or declaration confirming that the costs listed are correct and were necessarily incurred in the case, if needed to

support the claimed costs.[1] *See* 28 U.S.C. § 1924; Fed. R. Civ. P. 54(d)(1). The Clerk will then review the proposed bill and tax costs accordingly. *See* Fed. R. Civ. P. 54(d)(1) ("The clerk may tax costs on 14 days' notice."). To the extent that Defendant is seeking taxable costs pursuant to 28 U.S.C. § 1920, it should follow the procedure outlined in Rule 54(d)(1).

Accordingly, it is **ORDERED**:

1. Defendant's Motion on Entitlement to Costs (Dkt. 88) is **DENIED without prejudice**; and

2. Defendant is directed to file its proposed bill of costs on or before April 11, 2025.

**DONE** and **ORDERED** in Orlando, Florida, on April 9, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

---

[1] The proposed bill of costs form is AO 133 and is available at http://www.uscourts.gov/forms/other-forms/bill-costs-district-court.