# Melissa Mihok

| | |
|---|---|
| **From:** | Earle, Dr. Laura <earlel@easternflorida.edu> |
| **Sent:** | Tuesday, March 18, 2025 12:35 PM |
| **To:** | Melissa Mihok |
| **Cc:** | MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) |
| **Subject:** | Re: El-Khouri trial subpoena 24-107 |

Hello Melissa,

I've been at the courthouse for 2 .5 hours.  The security guy downstairs sent me to 3a.  I just saw Ramona in the parking lot and she said it was over.

Get Outlook for iOS

---

**From:** Earle, Dr. Laura <earlel@easternflorida.edu>
**Sent:** Monday, March 17, 2025 11:09:57 PM
**To:** Melissa Mihok <melissa@mihoklaw.us>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: El-Khouri trial subpoena 24-107

Ok.

Get Outlook for iOS

---

**From:** Melissa Mihok <melissa@mihoklaw.us>
**Sent:** Monday, March 17, 2025 7:59:57 PM
**To:** Earle, Dr. Laura <earlel@easternflorida.edu>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: El-Khouri trial subpoena 24-107

> **CAUTION:  This email originated from outside of EFSC.   Do not click links or open attachments unless you recognize the sender, know it was actually sent by them, and know the content is safe.**

How about around ten thirty?

Get Outlook for Android

---

**From:** Earle, Dr. Laura <earlel@easternflorida.edu>
**Sent:** Monday, March 17, 2025 7:15:58 PM
**To:** Melissa Mihok <melissa@mihoklaw.us>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: El-Khouri trial subpoena 24-107

Hello Melissa,

Am I needed tomorrow?

Laura Earle

Get Outlook for iOS

---

**From:** Earle, Dr. Laura
**Sent:** Tuesday, March 4, 2025 6:15:25 PM
**To:** Melissa Mihok <melissa@mihoklaw.us>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** RE: El-Khouri trial subpoena 24-107



No.  just the second page.  

---

**From:** Melissa Mihok <melissa@mihoklaw.us>
**Sent:** Tuesday, March 4, 2025 2:36 PM
**To:** Earle, Dr. Laura <earlel@easternflorida.edu>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** RE: El-Khouri trial subpoena 24-107

**CAUTION:  This email originated from outside of EFSC.   Do not click links or open attachments unless you recognize the sender, know it was actually sent by them, and know the content is safe.**

Is it blank on the first page?

---

**From:** Earle, Dr. Laura <earlel@easternflorida.edu>
**Sent:** Tuesday, March 4, 2025 12:54 PM
**To:** Melissa Mihok <melissa@mihoklaw.us>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** RE: El-Khouri trial subpoena 24-107

I received the subpoena.
Would you like me to fill it out?

---

**From:** Melissa Mihok <melissa@mihoklaw.us>
**Sent:** Tuesday, March 4, 2025 11:43 AM
**To:** Earle, Dr. Laura <earlel@easternflorida.edu>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** El-Khouri trial subpoena 24-107

**CAUTION:  This email originated from outside of EFSC.   Do not click links or open attachments unless you recognize the sender, know it was actually sent by them, and know the content is safe.**

Please see attached. The date/time on the subpoena is the first day of trial. We will not need your testimony until Tuesday or Wednesday. Please email me the nights of 3/17 and 3/18 to inquire about whether we will need you the following day.

Let me know if you have any questions. Before trial starts, I intend to send you a list of the general questions I am going to ask at trial so that you can be prepared.

Have a great day!

Melissa C. Mihok, Esq.
Board Certified in Labor and Employment
Mihok Law
1401 East 22nd Avenue
Tampa, Florida 33605
(813) 549-4550

Websites: www.mihoklaw.us
https://mihok-law2.mycase.com

Email:    melissa@mihoklaw.us
mihok-law2-6RsZ2NLgtv@mycasemail.com

Paralegal: Jordan Mihok
floridavirtualnotary@gmail.com

Current clients: Please include your file number (i.e., 24-123) in your subject line and copy Jordan and the MyCase email address above for faster communication.

This communication may contain sensitive or confidential information that may be protected by attorney-client privilege. If you have received this message in error, please notify the sender and delete all copies of the communication.

# Melissa Mihok

| | |
|---|---|
| **From:** | Smith, Dr. Ramona <smithr@easternflorida.edu> |
| **Sent:** | Tuesday, March 18, 2025 6:27 AM |
| **To:** | Melissa Mihok |
| **Cc:** | MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) |
| **Subject:** | Re: Subpoena-expected witness at trial 24-107 |

Thank you very much for the information. I will be there by 10:00. I appreciate your consideration.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Melissa Mihok <melissa@mihoklaw.us>
**Sent:** Tuesday, March 18, 2025 12:33:12 AM
**To:** Smith, Dr. Ramona <smithr@easternflorida.edu>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: Subpoena-expected witness at trial 24-107

> **CAUTION:** This email originated from outside of EFSC. Do not click links or open attachments unless you recognize the sender, know it was actually sent by them, and know the content is safe.

You don't have to be there exactly by 9:00 also if you don't want to if you're there by 10:00 or so even a little after that will work. As far as your appointments later I will try to get you in as quickly as possible and as I mentioned in my previous email it will not take very long for the testimony so you should be able to leave before noon.

Get Outlook for Android

---

**From:** Melissa Mihok <melissa@mihoklaw.us>
**Sent:** Tuesday, March 18, 2025 12:32:31 AM
**To:** Smith, Dr. Ramona <smithr@easternflorida.edu>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: Subpoena-expected witness at trial 24-107

The process server should have given you mileage as well. I will forward to you the mileage check when I return to the office on Friday. You were only being asked to come to the trial essentially to testify as to Dr El Khouri performance as well as the fact that you were not consulted by Sandra handfield when she decided to non-renew his contract in the 2001/ 2002 school year.

Get Outlook for Android

---

**From:** Smith, Dr. Ramona <smithr@easternflorida.edu>
**Sent:** Monday, March 17, 2025 9:33:12 PM
**To:** Melissa Mihok <melissa@mihoklaw.us>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: Subpoena-expected witness at trial 24-107

I will be there by 9 am. I do feel like I should tell you I don't really know much about this situation, so all of this seems really strange.

Do you have an estimate of how long I will need to be there? Will you let me know when I can leave tomorrow? I had a pre-scheduled recheck appointment with my son's surgeon tomorrow in the late afternoon that I really want to be present for, and I do not live near Orlando.

Also, I received a check for $40 as a witness fee with the subpoena. I saw I'm supposed to get mileage as well. How do I get reimbursed for that?
Thank you,


**Ramona Smith, Ph.D.**
Professor, Biological Sciences
Faculty Lead, Center for Excellence in Teaching & Learning
Online Steering Committee Chair
321-433-5292
Cocoa Campus, Building 007, Room 97D



---

**From:** Melissa Mihok <melissa@mihoklaw.us>
**Sent:** Monday, March 17, 2025 8:00 PM
**To:** Smith, Dr. Ramona <smithr@easternflorida.edu>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: Subpoena-expected witness at trial 24-107

> **CAUTION:  This email originated from outside of EFSC.   Do not click links or open attachments unless you recognize the sender, know it was actually sent by them, and know the content is safe.**

19 will work thank you.

Get Outlook for Android

---

**From:** Smith, Dr. Ramona <smithr@easternflorida.edu>
**Sent:** Monday, March 17, 2025 2:13:45 PM
**To:** Melissa Mihok <melissa@mihoklaw.us>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** Re: Subpoena-expected witness at trial 24-107

I will be there tomorrow at 9 unless I hear otherwise from you. Since I can't take my phone in, I will be unable to text you when I'm in the courthouse, but I will be on time.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Melissa Mihok <melissa@mihoklaw.us>
**Sent:** Sunday, March 16, 2025 1:36:47 PM
**To:** Smith, Dr. Ramona <smithr@easternflorida.edu>
**Cc:** MyCase Email Integration (mihok-law2-6RsZ2NLgtv@mycasemail.com) <mihok-law2-6RsZ2NLgtv@mycasemail.com>
**Subject:** RE: Subpoena-expected witness at trial 24-107

> **CAUTION:** This email originated from outside of EFSC. Do not click links or open attachments unless you recognize the sender, know it was actually sent by them, and know the content is safe.

Thank you. Please plan on attending Tuesday at 9:00 AM. Unfortunately, I cannot give you an exact time, but I will call you as soon as the schedule allows. You can text me at 813-451-5139 to let me know that you are there and waiting.

Thank you.

---

**From:** Smith, Dr. Ramona <smithr@easternflorida.edu>
**Sent:** Sunday, March 16, 2025 9:54 AM
**To:** Melissa Mihok <melissa@mihoklaw.us>
**Subject:** Subpoena-expected witness at trial

Hi Melissa,
I received a subpoena for El-Khouri v. Eastern Florida State College. I understand I am supposed to write to you to find out when I need to appear this week. Please let me know which day and time you expect me to be present.
Thank you,

**Ramona Smith, Ph.D.**
Professor, Biological Sciences
Faculty Lead, Center for Excellence in Teaching & Learning
Online Steering Committee Chair
1519 Clearlake Road
Building 7 Room 97D
Cocoa, Florida   32922
321-433-5292



